IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KEONDRA M. CHESTANG,**               **PLAINTIFF**
**ADC #134005**

v.                    **CASE NO. 5:18-CV-00051 BSM**

**RORY GRIFFIN, et al.**               **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's partial recommended dispositions [Doc. No. 117] is adopted, the motion for partial summary judgment [Doc. No. 111] is granted, the failure to protect claims are dismissed without prejudice, and the medical indifference claims against Griffin are dismissed without prejudice as to grievances VSM14-04541, VSM14-04639, VSM15-02491, VSM16-02443, VSM16-02542, and VSM17-00050. Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 1st day of July 2019.

_____
UNITED STATES DISTRICT JUDGE