IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KEONDRA M. CHESTANG,**                                        **PLAINTIFF**
**ADC #134005**

v.                **CASE NO. 5:18-CV-00051 BSM**

**RORY GRIFFIN, et al.**                                          **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. Nos. 146] is adopted, the motions for summary judgment [Doc. No. 134, 141] are granted, and this case is dismissed with prejudice. Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 27th day of December 2019.

_____
UNITED STATES DISTRICT JUDGE