IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KEONDRA M. CHESTANG,**                                             **PLAINTIFF**
**ADC #134005**

v.                  **CASE NO. 5:18-CV-00051 BSM**

**RORY GRIFFIN, et al.**                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of December 2019.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE